UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 29, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CLINE,<br><br>Defendant. | Case No. 2:14-cr-00210-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES CLINE ,

Case No.  2:14-cr-00210-JAM  Charge 21 USC §846, 841(a)(1) , from custody

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $   $_____

  X    Unsecured Appearance Bond $   $100,000.00

\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

\_\_\_\_  (Other): Defendant will be released to the Effort

  X    program on 9/2/2014 by 9:00 AM. Pretrial release

\_\_\_\_  conditions as stated on the record in open court.

Issued at Sacramento, California on August 29, 2014 at 2:00 PM

By:  _/s/ signature_

JUDGE KENDALL J. NEWMAN