DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for James Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 210 JAM |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS UNDER<br>) SPEEDY TRIAL ACT (PROPOSED)<br>) FINDINGS AND ORDER |
| vs. | |
| JAMES CLINE, | |
| Defendant | |

Plaintiff, United States of America, by and through its counsel of record, and the defendants, JAMES CLINE, by and through his counsel of record, DANNY D. BRACE, JR., LEONARD WALTER, by and through his counsel of record, JENNIFER COLEMAN NOBLE, and MICHAEL WRIGHT, by and through his counsel of record, DAVID FISCHER, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 9, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until October 14, 2014, and to exclude time between September 9, 2014 and October 14, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense counsels need more time to consult with defendants regarding the case.

STIP AND ORDER TO EXTEND TIME - 1

   b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2014, to October 14, 2014, at 9:30 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 9-3-14                     By: /s/ Danny D. Brace, Jr.,
                                     DANNY D. BRACE, JR.,
                                     Attorney for James Cline

STIP AND ORDER TO EXTEND TIME - 2

| | |
|---|---|
| Date: 9-3-14 | By:/s/ Jennifer Coleman Noble<br>JENNIFER COLEMAN NOBLE<br>Attorney for Leonard Walter<br>Authorized to sign on behalf of<br>Ms. Noble on September 3, 2014 |
| Date: 9-3-14 | By:/s/ David Fischer<br>DAVID FISCHER<br>Attorney for Michael Wright<br>Authorized to sign on behalf of<br>Mr. Fischer on September 3, 2014 |
| Date:  9-3-14 | By:/s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney<br>Authorized to sign on behalf of Mr. Hitt<br>On September 3, 2014 |

**IT IS SO ORDERED:**
**Dated: September 3, 2014**

/s/ John A. Mendez
Honorable John A. Mendez