DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
MICHAEL WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-00210 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMES CLINE, et. al., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 9, 2014, at 9:30 a.m.

2. By this stipulation, the defendants now move to continue the status conference

1

until January 13, 2015, at 9:00 a.m., and to exclude time between December 9, 2014, and January 13, 2015, under Local Code T4.  Plaintiff does not oppose this request.

   3.  The parties agree and stipulate, and request that the Court find the following:

   a.  The government has represented that the discovery associated with this case so far includes approximately 125 pages of investigative reports and 4 CDs of recorded meetings and has provided discovery to the defense.

   b.  Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

   c.  Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d.  The government does not object to the continuance.

   e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2014, and January 15, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 6, 2014                                          U.S. ATTORNEY

                                                     by:   /s/ David D. Fischer for
                                                           JASON HITT
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

Dated: November 6, 2014                                    /s/ David D. Fischer
                                                           DAVID D. FISCHER
                                                           Attorney for Defendant
                                                           MICHAEL WRIGHT

Dated: November 6, 2014                                    /s/ David D. Fischer
                                                           JENNIFER NOBLE
                                                           Attorney for Defendant
                                                           LEONARD WALTER

Dated: November 6, 2014                                    /s/ David D. Fischer for
                                                           DANNY D. BRACE, JR.
                                                           Attorney for Defendant
                                                           JAMES CLINE

**O R D E R**

IT IS SO FOUND AND ORDERED this 7th day of November, 2014.


                                                     /s/ John A. Mendez
                                                     HON. JOHN A. MENDEZ
                                                     U.S. DISTRICT COURT JUDGE