DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
MICHAEL WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES CLINE, et. al.,<br><br>　　　　Defendants. | No. 2:14-CR-00210 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for status on April 14, 2015, at 9:15 a.m.

2.　By this stipulation, the defendants now move to continue the status conference until May 12, 2015, at 9:15 a.m., and to exclude time between April 14, 2015, and May 12, 2015,

1

under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case so far includes approximately 125 pages of investigative reports and 4 CDs of recorded meetings and has provided discovery to the defense.

b. Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 14, 2015, and May 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 10, 2015						U.S. ATTORNEY

					by:	/s/ David D. Fischer for
						JASON HITT
						Assistant U.S. Attorney
						Attorney for Plaintiff


Dated:  April 10, 2015						/s/  David D. Fischer
						DAVID D. FISCHER
						Attorney for Defendant
						MICHAEL WRIGHT

Dated:  April 10, 2015						/s/  David D. Fischer
						JENNIFER NOBLE
						Attorney for Defendant
						LEONARD WALTER

Dated:  April 10, 2015						/s/  David D. Fischer for
						DANNY D. BRACE, JR.
						Attorney for Defendant
						JAMES CLINE


**O R D E R**


IT IS SO FOUND AND ORDERED this 10th  day of April,  2015.



						/s/ John A. Mendez
						HON. JOHN A. MENDEZ
						U.S. DISTRICT COURT JUDGE