1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:   530.759.0700**
      **Facsimile:    530.759.0800**
4
5  **Attorney for Defendant**
   **LEONARD WALTER**
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE EASTERN DISTRICT OF CALIFORNIA
9  SACRAMENTO DIVISION
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0210 JAM |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| | ) |
| JAMES CLINE, | ) |
| LEONARD WALTER, | ) |
| MICHAEL WRIGHT, | ) |
| Defendants. | |

17      IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF

18 AMERICA, through undersigned counsel, Jason Hitt, and Danny Brace, attorney for

19 James Cline; Jennifer C. Noble, attorney for Leonard Walter; and David Fisher, attorney

20 for Michael Wright, that the Status Conference set for Tuesday, August 11, 2015, be

21 continued to **Tuesday, September 15, 2015, at 9:15 a.m.**

22      Counsel for defendants need additional time to continue investigate potential

23 issues and defenses, conduct research related to the charges, consult with their clients

24 regarding potential resolutions, to prepare pretrial motions, and to otherwise prepare

25 for trial. The government does not object to the continuance.

26      Therefore, counsel for the parties stipulate and agree that the interests of justice

27 served by granting this continuance outweigh the best interests of the defendants and

28 the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of

1

Stipulation and Proposed Order
To Continue Status Conference

Case No. 2:14-CR-0210 JAM

counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 15, 2015.

Dated: August 11, 2015                                      Respectfully submitted,

                                                           By: /s/ Jennifer C. Noble
                                                           JENNIFER C. NOBLE
                                                           Attorney for Defendant
                                                           LEONARD WALTER

Dated: August 11, 2015                                     By: /s/ Danny Brace
                                                           DANNY BRACE
                                                           Attorney for Defendant
                                                           JAMES CLINE

Dated: August 11, 2015                                     By: /s/ David D. Fischer
                                                           DAVID D. FISCHER
                                                           Attorney for Defendant
                                                           MICHAEL WRIGHT

Dated: August 11, 2015                                     Benjamin B. Wagner
                                                           United States Attorney
                                                           By: /s/ Jason Hitt
                                                           JASON HITT
                                                           Assistant U.S. Attorney


## ORDER

     GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the Status Conference presently set for August 11, 2015, in the above-captioned case, is rescheduled for **Tuesday, September 15, 2015, at 9:15 a.m.**

**IT IS SO ORDERED.**

Dated: 8/11/2015

                                                           /s/ John A. Mendez
                                                           HON. JOHN A. MENDEZ
                                                           U.S. DISTRICT COURT JUDGE

2

Stipulation and Proposed Order                                    Case No. 2:14-CR-0210 JAM
To Continue Status Conference