**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WALTER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0210 JAM |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| JAMES CLINE, | ) |
| LEONARD WALTER, | ) |
| MICHAEL WRIGHT, | ) |
| Defendants. | ) |

    IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Jason Hitt, and Danny Brace, attorney for James Cline; and Jennifer C. Noble, attorney for Leonard Walter, that the Status Conference set for Tuesday, September 15, 2015, be continued to Tuesday, October 27, 2015.

    Counsel for defendants need additional time to continue investigate potential issues and defenses, conduct research related to the charges, consult with their clients regarding potential resolutions, to prepare pretrial motions, and to otherwise prepare for trial. The government does not object to the continuance.

    Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of

1  counsel/reasonable time for effective preparation) and Local Code T4, and agree to
2  exclude time from the date of the filing of the order until the date of the status
3  conference, Tuesday, October 27, 2015.

Dated: September 11, 2015                Respectfully submitted,

                                         By: /s/ Jennifer C. Noble
                                         JENNIFER C. NOBLE
                                         Attorney for Defendant
                                         LEONARD WALTER

Dated: September 11, 2015                By: /s/ Danny Brace
                                         DANNY BRACE
                                         Attorney for Defendant
                                         JAMES CLINE

Dated: September 11, 2015                Benjamin B. Wagner
                                         United States Attorney
                                         By: /s/ Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the Status Conference presently set for September 15, 2015, in the above-captioned case, is rescheduled for October 27, 2015.

**IT IS SO ORDERED.**

Dated: 9/14/2015

                                         /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         U.S. DISTRICT COURT JUDGE