**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**LEONARD WALTER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>JAMES CLINE,<br>LEONARD WALTER,<br>MICHAEL WRIGHT,<br>              Defendants. | Case No. 2:14-CR-0210 JAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |

    IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Jason Hitt, and Danny Brace, attorney for James Cline; and Jennifer C. Noble, attorney for Leonard Walter, that the Status Conference set for Tuesday, October 27, 2015, be continued to Tuesday, November 17, 2015 at 9:15 a.m.

    The parties need additional time to continue negotiations for possible plea agreements, and counsel for defendants need additional time to investigate potential issues and defenses, conduct research related to the charges, consult with their clients regarding potential resolutions, to prepare pretrial motions, and to otherwise prepare for trial.

    Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and

the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, Tuesday, November 17, 2015.

Dated: October 22, 2015                         Respectfully submitted,

                                                By: /s/ Jennifer C. Noble
                                                JENNIFER C. NOBLE
                                                Attorney for Defendant
                                                LEONARD WALTER

Dated: October 22, 2015                         By: /s/ Danny Brace
                                                DANNY BRACE
                                                Attorney for Defendant
                                                JAMES CLINE

Dated: October 22, 2015                         Benjamin B. Wagner
                                                United States Attorney
                                                By: /s/ Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the Status Conference presently set for October 27, 2015, in the above-captioned case, is rescheduled for November 17, 2015 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: 10/23/2015                               /s/ John A. Mendez
                                                _____
                                                HON. JOHN A. MENDEZ
                                                U.S. DISTRICT COURT JUDGE