**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WALTER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0210 JAM |
|   Plaintiff, | ) |
|   vs. | ) STIPULATION AND ORDER TO |
|   | ) CONTINUE STATUS CONFERENCE |
| JAMES CLINE, | ) |
| LEONARD WALTER, | ) |
| MICHAEL WRIGHT, | ) |
|   Defendants. | |

IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Jason Hitt, and Danny Brace, attorney for James Cline; and Jennifer C. Noble, attorney for Leonard Walter, that the Status Conference set for Tuesday, November 17, 2015, be continued to Tuesday, January 12, 2016.

The parties need additional time to continue negotiations for possible plea agreements, and counsel for defendants need additional time to investigate potential issues and defenses, conduct research related to the charges, consult with their clients regarding potential resolutions, to prepare pretrial motions, and to otherwise prepare for trial.

Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and

the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, Tuesday, January 12, 2016.

Dated: November 16, 2015						Respectfully submitted,

								By: /s/ Jennifer C. Noble
								JENNIFER C. NOBLE
								Attorney for Defendant
								LEONARD WALTER

Dated: November 16, 2015						By: /s/ Danny Brace
								DANNY BRACE
								Attorney for Defendant
								JAMES CLINE

Dated: November 16, 2015						Benjamin B. Wagner
								United States Attorney
								By: /s/ Jason Hitt
								JASON HITT
								Assistant U.S. Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the Status Conference presently set for November 17, 2015, in the above-captioned case, is rescheduled for January 12, 2016 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: 11/16/2015

								/s/ John A. Mendez
								HON. JOHN A. MENDEZ
								U.S. DISTRICT COURT JUDGE