**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
**Telephone:   530.759.0700**
**Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WALTER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-0210 JAM |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| JAMES CLINE, | ) |
| LEONARD WALTER, | ) |
| MICHAEL WRIGHT, | ) |
| Defendants. | |

    IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Jason Hitt, and Danny Brace, attorney for James Cline; and Jennifer C. Noble, attorney for Leonard Walter, that the Status Conference set for Tuesday, January 12, 2016, be continued to Tuesday, February 9, 2016, at 9:15 a.m.

    The parties need additional time to continue negotiations for possible plea agreements, and counsel for defendants need additional time to investigate potential issues and defenses, conduct research related to the charges, consult with their clients regarding potential resolutions, to prepare pretrial motions, and to otherwise prepare for trial.

    Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and

the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, Tuesday, February 9, 2016.

Dated: January 8, 2016   Respectfully submitted,

By: /s/ Jennifer C. Noble
JENNIFER C. NOBLE
Attorney for Defendant
LEONARD WALTER

Dated: January 8, 2016   By: /s/ Danny Brace
DANNY BRACE
Attorney for Defendant
JAMES CLINE

Dated: January 8, 2016   Benjamin B. Wagner
United States Attorney
By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the Status Conference presently set for January 12, 2016, in the above-captioned case, is rescheduled for Tuesday, February 9, 2016, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: 1/8/2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE