LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104

Attorney for Defendant
LEONARD WALTER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES CLINE, et al.,<br><br>Defendants. | Case No. 2:14-CR-0210-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   October 11, 2016<br>TIME:   9:15 a.m.<br>JUDGE:  John A. Mendez |

Plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt; defendant Leonard Walter, by and through counsel Scott L. Tedmon; and defendant James Cline, by and through counsel Danny D. Brace, Jr., hereby agree and stipulate as follows:

1. By previous order, this matter was set for status conference on September 27, 2016 at 9:15 a.m.  On August 29, 2016, the Court issued a minute order resetting the status conference to October 11, 2016 at 9:15 a.m.

2. By this stipulation, the parties now move to continue the status conference to Tuesday, November 15, 2016 at 9:15 a.m., and to exclude time between September 27, 2016 and November 15, 2016 under Local Code T4.

3. The parties agree and stipulate, and request the Court find the following:

   a) Defense counsel needs additional time to analyze portions of the government-produced discovery, conduct research and investigation on certain issues, consult with their respective client regarding the status of the case, and discuss the possibility of a plea resolution with the government.

   b) Defense counsel believes the failure to grant the above-requested continuance would deny each defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the government has no objection to this request for additional time to prepare the case.

   c) Based on the foregoing, the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2016 to November 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  September 16, 2016 PHILLIP A. TALBERT
Acting United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED:  September 16, 2016 LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Leonard Walter

DATED:  September 16, 2016 LAW OFFICES OF DANNY D. BRACE, JR.

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, Jr.
Attorney for Defendant James Cline

## **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED:  September 16, 2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge