DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES CLINE, et al,<br><br>Defendant | ) Case No.: 2:14 CR 0210 JAM<br>)<br>)<br>) STIPULATION REGARDING<br>) EXCLUDABLE TIME  PERIODS UNDER<br>) SPEEDY TRIAL ACT FINDINGS AND<br>) ORDER<br>)<br>)<br>) |

Plaintiff, United States of America, by and through its counsel of record, and the defendants, JAMES CLINE and LEONARD WALTER., by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 6, 2017

2.      By this stipulation, the defendant now moves to continue the status conference until July 11, 2017, and to exclude time between June 6, 2017 and July 11, 2017 under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Defense counsel has just finished a three week murder trial in El Dorado County and have not had the opportunity to meet with Mr. Cline.

b.      Counsel for the defendants believe that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2017, to July 11, 2017, at 9:15 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 6-5-17                    By: /s/ Danny D. Brace, Jr.,
                                    DANNY D. BRACE, JR.,
                                    Attorney for
                                    James Cline

Date:  6-5-17                                  By: /s/ Kelly Babineau
                                               Authorized to sign for Ms.
                                               Babineau on June 5, 2017
                                               Attorney for Leonard Walter


Date:  6-5-17                                  By:/s/Jason Hitt
                                               Authorized to sign for Mr. Hitt
                                               On June 5, 2017
                                               Jason Hitt
                                               Assistant U.S. Attorney



**IT IS SO ORDERED:**
**Dated:  6/5/2017**


___/s/ John A. Mendez_____
Honorable John A. Mendez