DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES CLINE, et al,<br><br>    Defendant | Case No.: 2:14 CR 0210 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |

Plaintiff, United States of America, by and through its counsel of record, and the defendants, JAMES CLINE and LEONARD WALTER., by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2017

2. By this stipulation, the defendant now moves to continue the status conference until January 9, 2018, and to exclude time between November 14, 2017 and January 9, 2018 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel has been involved in numerous and lengthy trials. He is currently in a multi-defendant murder trial in Sacramento County and has not had the opportunity to meet with Mr. Cline.

STIP AND ORDER TO EXTEND TIME - 1

b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2017, to January 9, 2018 at 9:15 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date:11-9-17    By: /s/ Danny D. Brace, Jr.,
                     DANNY D. BRACE, JR.,
                     Attorney for
                     James Cline

STIP AND ORDER TO EXTEND TIME - 2

Date: 11-9-17                               By: /s/ Kelly Babineau
                                            Authorized to sign for Ms.
                                            Babineau on November 9, 2017
                                            Attorney for Leonard Walter

Date:   11-9-17                             By:/s/Jason Hitt
                                            Authorized to sign for Mr. Hitt
                                            On November 9, 2017
                                            Jason Hitt
                                            Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  11/9/2017**

                                            /s/ John A. Mendez_____
                                            Honorable John A. Mendez

STIP AND ORDER TO EXTEND TIME - 3