FILED

JUN 01 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ck
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case №:2:14-cr-00210 JAM |
|---|---|
| Plaintiff, | ) **ORDER APPOINTING COUNSEL** |
| vs. | ) |
| CLINE, et. al., | ) |
| Defendant. | ) |

This defendant's retained attorney can no longer practice law, and the defendant seeks appointed counsel. The separately submitted financial affidavit has been reviewed. CJA Panel attorney Michael Long is hereby appointed under the Criminal Justice Act effective May 28, 2018, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: June 1, 2018

HON. JOHN A. MENDEZ
United States District Court Judge

ORDER APPOINTING COUNSEL           1