MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JAMES CLINE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 14-210 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. CLINE'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| JAMES CLINE, | ) OF NOVEMBER 6, 2018 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ===============================) | |

Defendant James Cline is requesting a two-week continuance of his sentencing hearing, which is presently set for October 16, 2018.  AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Janice Slusarenko, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date:  November 6, 2018 at 9:15 a.m.

Reply, or Statement of Non-Opposition:  October 30, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  October 23, 2018

The Presentence Report shall be filed with the Court and disclosed to counsel no later than:  October 16, 2018

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  October 09, 2018

-1-

The proposed Presentence Report shall be disclosed to counsel no later than: September 25, 2018

Dated: August 28, 2018                             Respectfully submitted,

                                                    /s/ Michael D. Long
                                                    MICHAEL D. LONG
                                                    Attorney for James Cline

Dated: August 28, 2018                             McGREGOR SCOTT
                                                    United States Attorney

                                                    /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Cline's pre-sentence report is amended as follows:

Judgment and Sentencing Date: November 6, 2018 at 9:15 a.m.

Reply, or Statement of Non-Opposition: October 30, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 23, 2018

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 16, 2018

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: October 09, 2018

The proposed Presentence Report shall be disclosed to counsel no later than: September 25, 2018

Dated: August 28, 2018                  /s/ John A. Mendez
                                         Hon. JOHN A. MENDEZ
                                         United States District Court Judge