MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JAMES CLINE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 14-210 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. CLINE'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| JAMES CLINE, | ) OF NOVEMBER 27, 2018 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |

Defendant James Cline is requesting a two-week continuance of his sentencing hearing, which is presently set for November 6, 2018.  AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Janice Slusarenko, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date:  November 27, 2018

Reply, or Statement of Non-Opposition:  November 20, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  November 13, 2018

Dated:  October 25, 2018                              Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for James Cline

-1-

Dated: October 25, 2018                    McGREGOR SCOTT
                                           United States Attorney

                                           /s/ Jason Hitt
                                           JASON HITT
                                           Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders that the schedule for Mr. Cline's pre-sentence report is amended as follows:

Judgment and Sentencing Date: November 27, 2018 at 9:15 a.m.

Reply, or Statement of Non-Opposition: November 20, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 13, 2018

Dated: October 25, 2018                    /s/ John A. Mendez
                                           Hon. JOHN A. MENDEZ
                                           United States District Court Judge