MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JAMES CLINE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 14-cr-210 JAM
               Plaintiff,   )
                                  ) STIPULATION AND
    v.                              ) ORDER EXONERATING JAMES CLINE'S
                                    ) UNSECURED APPEARANCE BOND
                                    )
JAMES CLINE,   )
                                    )
               Defendant.   ) Judge: Hon. John A. Mendez
==============================)

On November 27, 2018, defendant James Cline was sentenced to "time served". The government, by and through AUSA Jason Hitt, and Defendant James Cline, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Cline's unsecured appearance bond (ECF document 21) should be exonerated.

Dated:  November 27, 2018                    Respectfully submitted,

                                                         /s/ *Michael D. Long*
                                                         MICHAEL D. LONG
                                                         Attorney for James Cline


Dated:  November 27, 2018                    McGREGOR SCOTT
                                                         United States Attorney

                                                         /s/ *Jason Hitt*
                                                         JASON HITT
                                                         Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that James Cline's unsecured appearance bond (ECF document 21) is hereby exonerated.

Dated: November 28, 2018   /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge